

**April 13, 2021**

NORTH CAROLINA

GREENE COUNTY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA

FILE NO: **4:19-cv-00156-D**

| | |
|---|---|
| JO ANN ARTIS STEVENS; BY | )|
| Plaintiff, | ) |
| vs. | ) MOTION FOR DEFAULT JUDGEMENT |
| COUNTY OF GREENE | ) |
| 229 Kingold Blvd | ) |
| Snow Hill, N.C. 28580 | ) |
| A Municipal Corporation; | ) |

Now come the Plaintiff JoAnn Artis Stevens, that Defendant County of Greene was given time to answer and failed to do so.

So I am requesting the Court to grant a Default Judgement against the County of Greene, North Carolina for failure to answer in a timely manner, This Motion is by reference incorporated into previous filings.

Pro SE Plaintiff JoAnn Artis Stevens

Signature of Plaintiff _____ Date 4-13-2021